■ COLOMBA CERKOWSKI, Appellant, v. GENERAL MOTORS CORPORATION et al., Respondents.—Motion to dismiss appeals granted, without costs. Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ., concur.

■ In the Matter of the Claim of CASPER GENNO, Appellant, against SAM KOPPEL, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ., concur.

■ In the Matter of the Claim of FRANK CARPENTIERI, Appellant, against FIRST NATIONAL STORES, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ., concur.

■ In the Matter of AUGUSTUA F. BOUCHARD, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion for stay granted, on condition that the petitioner's record and brief are served and filed on or before August 15, 1958, and petitioner is ready for argument at the September Term of this court. Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ., concur.